1081

[No. 48288-2-I.   Division One.   January 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. GAIL F. BLOWERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-04770-0, Michael J. Fox, J., entered March 16, 2001. *Remanded* by unpublished per curiam opinion.

[No. 48303-0-I.   Division One.   January 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRY OLEBAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-07406-4, Deborah D. Fleck, J., entered March 30, 2001. *Remanded* by unpublished per curiam opinion.

[No. 48305-6-I.   Division One.   January 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO RHODES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-02708-8, John M. Darrah, J., entered January 17, 2001. *Remanded* by unpublished per curiam opinion.

[Nos. 48348-0-I; 48349-8-I.   Division One.   January 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVON AMON-RE EVANS, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 00-1-03708-9, Jay V. White, J., entered March 30, 2001. *Remanded* by unpublished per curiam opinion.